# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>LAZARO SAGRERO-ZAVALA,<br><br>Defendant. | Case No.: 21-CR-1575-WQH<br><br>**JUDGMENT AND ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS WITHOUT PREJUDICE** |

The United States' Motion to Dismiss the Information (Dkt. No. 31) is hereby GRANTED. The Information (Dkt. No. 14) is DISMISSED without prejudice.

**IT IS SO ORDERED.**

Dated: October 28, 2021

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court